UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY BOSLEY,<br><br>    Defendant. | NO. CR-05-0166-LRS-2<br><br>**ORDER DENYING SECOND MOTION FOR REDUCTION OF SENTENCE** |

On January 25, 2012 Defendant Anthony Bosley filed, *pro se*, a letter that the court construed as a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (ECF No. 100). The court denied his motion on May 10, 2010 (ECF No. 106). On May 17, 2010, Defendant Anthony Bosley filed, *pro se*, a letter which this Court construed as a timely motion for reconsideration of the Order Denying Motion for Reduction of Sentence Re Crack Cocaine Offense (ECF No. 106). On August 24, 2012, Defendant again filed a Petition for Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2), ECF No. 120), which the court construes as another Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense. Defendant did not note his motion pursuant to local rules.

ORDER ~ 1

For the reasons enumerated in the court's Order of May 10, 2010 (ECF No. 106), Mr. Bosley's second "Petition," construed by the court to be a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense, **ECF No. 120**, is respectfully **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and Defendant Bosley.

**DATED** this 17th day of September, 2012.

*/s/ Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ~ 2